1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PHILLIP LYNN CAPPS,                          No.  2:16-cv-0981-EFB P

12                   Petitioner,

13         v.                                      ORDER

14    R. NDOH, Warden,

15                   Respondent.

16

17          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18    28 U.S.C. § 2254.  He has requested that the court appoint counsel.  There currently exists no

19    absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

20    453, 460 (9th Cir. 1996).  The court may appoint counsel at any stage of the proceedings "if the

21    interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

22    § 2254 Cases.  The court does not find that the interests of justice would be served by the

23    appointment of counsel at this stage of the proceedings.

24          Accordingly, it hereby is ORDERED that petitioner's request for appointment of counsel

25    (ECF No. 11) is denied without prejudice.

26    Dated:  July 26, 2016.

27                                             _____

28                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE